KM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xiping Wang,<br><br>               Petitioner,<br><br>v.<br><br>Luis Rosa, Jr., et al.,<br><br>               Respondents. | No.   CV-26-02909-PHX-DWL (JZB)<br><br><br>**ORDER** |

Petitioner, through counsel, filed this action under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)

As alleged, Petitioner is a native and citizen of China who entered the United States on January 25, 2025 without admission or inspection.  (Doc. 1 at 5, 6.)  Petitioner was removed and, on April 11, 2025, reentered the United States without admission or inspection.  (*Id.* at 6.)  Petitioner was placed into expedited removal proceedings.  (*Id.*)  Petitioner has applied for withholding of removal and protection under the Convention Against Torture, and his application is pending before the Board of Immigration Appeals.  (*Id.*)  Petitioner requested a bond redetermination hearing, but the Immigration Judge denied bond due to a lack of jurisdiction.  (*Id.*)  Petitioner contends that, at the time of filing, he has been in custody 299 days without a bond redetermination hearing.  (*Id.*)  Petitioner contends his continued detention violates the Fifth Amendment and seeks immediate release.

. . . .

The Court will require a response to the Petition.  Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)    Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4)    Petitioner may file a reply within **10 days** from the date of service of the answer.

(5)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(6)    Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/ sites/default/files/documents/adm%20manual.pdf.

. . . .

. . . .

. . . .

. . . .

- 2 -

(7)    This matter is referred to Magistrate Judge John Z. Boyle pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 29th day of April, 2026.

Dominic W. Lanza
United States District Judge

- 3 -